# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 28, 2009

Charles R. Fulbruge III
Clerk

No. 08-41091
Summary Calendar

BOBBY LUCKY,

Plaintiff-Appellant

v.

KELLI WARD; RICHARD A. TRINCI, JR.; CHUMA ANADUAKA;
KATHRYN A. BELL; DR. BRUCE SMITH; JANE DOE

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Texas

Lower Docket Number 3:05-CV-166

Before. JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Bobby Lucky, Texas prisoner # 1048046, proceeding pro se and in forma pauperis, appeals the district court's grant of summary judgment in favor of Appellees, denying Lucky's claims for relief and dismissing his lawsuit. We have carefully reviewed the record on appeal, including the briefs of the parties and the rulings of the district court, as a result of which we

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

are convinced that the judgment of the district court, its rulings and orders, should be, and hereby are, in all respects,

AFFIRMED.